CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED

JAN -2 2018

JULIA C. DUDLEY, CLERK
BY: [signature]
DEPUTY CLERK

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF VIRGINIA**
**ROANOKE DIVISION**

| | | |
|---|---|---|
| **WOODROW WILSON WOODS, JR., Plaintiff,** | ) | **Civil Action No. 7:17-cv-00542** |
| | ) | |
| **v.** | ) | **ORDER** |
| | ) | |
| **MR. JACK LEE, et al., Defendants.** | ) | **By: Hon. Jackson L. Kiser, Senior United States District Judge** |

In accordance with the written Memorandum Opinion entered this day, it is hereby

**ORDERED**

that the motion to amend (ECF No. 6) is **GRANTED**; Mr. Jack Lee, Dr. Quinones, Dr. Munsey, and Dr. Hereford are **SUBSTITUED** for defendant "Unknown"; the Clerk shall **UPDATE** the caption; the amended complaint is **DISMISSED without prejudice** for failing to state a claim upon which relief may be granted pursuant to 28 U.S.C. § 1915A(b)(1); the motion for a temporary restraining order (ECF No. 5) is **DENIED**; the case is **STRICKEN** from the active docket; and Plaintiff is **GRANTED** leave to file a motion to amend the amended complaint within ten days.

**ENTER**: This 2nd day of January, 2018.

[signature]
Senior United States District Judge